E-FILED
Thursday, 13 August, 2020  09:06:33 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

JOSEPH HENRY HINNEN, IV,    )
        )
    Plaintiff,    )
        )
    v.    )    No. 19-cv-3175
        )
ANDREW SAUL, Commissioner    )
of Social Security,    )
        )
    Defendant.    )

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

The Stipulation to Award Attorney's Costs and Fees (d/e 23) (Stipulation) is ALLOWED.  This Court awards Plaintiff $8,336.00 in attorney fees (the "Award").  The Award fully and completely satisfies any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this case under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

The Award belongs to Plaintiff, but Plaintiff may, and has, assigned his right to the Award to his attorney Peter Drummond.  See Stipulation. The United States may also take an offset against the Award to satisfy any pre-existing debts that Plaintiff owes the United States.  See Astrue v. Ratliff, 560 U.S. 586 (2010).  If the United States determines that all or any

portion of the Award is not subject to offset for such debts, Defendant shall

pay the portion of the Award not subject to offset to Plaintiff's attorney Peter

Drummond.  Plaintiff's Motion for EAJA Fees and Costs Pursuant to 28

U.S.C. 2412 (d/e 22) is DENIED as moot.

ENTER:  August 12, 2020

_____ s/ *Tom Schanzle-Haskins* _____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE